BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT GARVEY, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> IXIA, a corporation; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 2:17-cv-8424 SVW (SK) <br><br> (Los Angeles County Superior Court Case No. BC680452) <br><br> Assigned to Honorable Stephen V. Wilson <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: October 20, 2017 <br> Case Removed: November 17, 2017 <br> Trial Date: July 17, 2018 |

The Court having considered the Stipulation for Dismissal filed by the parties, and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The complaint of Plaintiff Robert Garvey in the action entitled *Robert Garvey, an individual v. IXIA, a corporation;* is dismissed in its entirety with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii);

2. Each party to bear their own costs and attorneys' fees.

Dated: April 24, 2018

_____
Honorable Stephen V. Wilson
United States District Court
Central District of California